John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, CA 91103
Tel. (626) 449-8300

Erin Darling, State Bar No. 259724
Erin@ErinDarlingLaw.com
LAW OFFICES OF ERIN DARLING
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiffs Kimberly Freeman and Kent Freedman, Individually and as the Personal Representatives of Travis Culver Freeman, Deceased

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FREEMAN, individually and as the personal representative of TRAVIS CULVER FREEMAN, deceased; KENT FREEMAN, individually and as the personal representative of TRAVIS CULVER FREEMAN, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DOES 1 TO 10,<br><br>Defendants. | Case No. 2:24-cv-01600<br><br>**DECLARATION OF KENT FREEMAN PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 377.32** |

I, Kent Freeman, do hereby declare as follows:

1.  My name is Kent Freeman. I am a competent adult over the age of eighteen and the father of Decedent Travis Culver Freeman. I make this declaration pursuant to Section 377.32 of the California Code of Civil Procedure.

1

1  4. Decedent passed away on May 30, 2023, in Men's Central Jail, Los
2 Angeles, California.
3  5. No proceeding is now pending in California for administration of the
4 decedent's estate.
5  6. I am the decedent's successor in interest as defined in Section 377.11 of
6 the California Code of Civil Procedure, and succeed to decedent's interest in this action
7 or proceeding.
8  7. Except for my wife Kimberly Freeman, who is also filing a Section 377.32
9 Declaration, no other person has a superior right to commence this action or
10 proceeding or to be substituted for Decedent in this pending action or proceeding.
11  8. A copy of the death certificate of Decedent is attached hereto as "Exhibit
12 A."
13  I declare under penalty of perjury under the laws of the United States and of
14 California that the foregoing is true and correct, and that this declaration was executed
15 _January 31_, 2024, in _Lake Balboa_ California.

_[signature]_
Kent Freeman

**EXHIBIT A**

**STATE OF CALIFORNIA**
CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**

3052023131081     3202319029142

| Field | Value |
|---|---|
| Name | TRAVIS CULVER FREEMAN |
| Date of Birth | 05/07/1991 |
| Age | 32 |
| Sex | M |
| Birth State | CA |
| SSN | 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 |
| Marital Status | NEVER MARRIED |
| Date of Death | 05/30/2023 |
| Time | 1555 |
| Education | 11 |
| Race | CAUCASIAN |
| Occupation | NEVER WORKED |
| Kind of Business | NONE |
| Residence | 17006 CANTARA ST, VAN NUYS, LOS ANGELES, 91406, 32 years in county, CA |
| Informant | KIMBERLY ANN FREEMAN, MOTHER — 17006 CANTARA ST, VAN NUYS, CA 91406 |
| Father | KENT CULVER FREEMAN — CA |
| Mother | KIMBERLY ANN JAEGER — CA |
| Disposition Date | 06/15/2023 |
| Place of Disposition | RESIDENCE OF KIMBERLY ANN FREEMAN, 17006 CANTARA ST, VAN NUYS, CA 91406 |
| Type of Disposition | CREMATE/RESIDENCE — NOT EMBALMED |
| Funeral Establishment | TULIP CREMATION — FD2323 — MUNTU DAVIS MD — 06/15/2023 |
| Place of Death | JAIL - LA COUNTY |
| County | LOS ANGELES — 441 BAUCHET ST — LOS ANGELES |
| Cause of Death | DEFERRED |
| Other Significant Conditions | NONE |
| Tobacco Use | NO |
| Coroner | REGINA AUGUSTINE — 06/14/2023 — REGINA AUGUSTINE, DEP CORONER |

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*003927806*

Health Officer and Registrar, MD

DATE ISSUED: JUN 26 2023

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.